# Update on Anticipated CJA Payment Deferral Start Date

*Thursday, June 26, 2025*

The Administrative Office of the U.S. Courts (AO) has just notified all federal courts that CJA funds may be depleted as early as July 7, 2025.  Initially, panel attorney payments were projected to be deferred beginning on or about July 23, 2025. But because of an increase in the daily panel attorney payment rate leading up to the JIFMS upgrade shutdown, it is possible that panel attorney funds could be depleted earlier.  The AO states that it is difficult to predict the precise day when this unfortunate event will occur; however, they will continue to closely monitor and analyze the daily panel attorney payment rate, and we will notify you as we learn more.  We appreciate your continued advocacy for the defendants who appear before our Court.

## Archive

- 2025 (36)
- 2024 (22)
- 2023 (28)
- 2022 (32)
- 2021 (20)
- 2020 (16)

For News Announcements older than five years, you can use the search feature.